ANDREW L. MARGULIS
RALPH TORTORELLA III (SBN 144351)
ROPERS, MAJESKI, KOHN & BENTLEY
17 State Street, Suite 2400
New York, New York 10004
Telephone: (212) 668-5927
Facsimile: (212) 668-5929

ENRIQUE MARINEZ (SBN 160956)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, California 94063
Telephone (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
GULF INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. PRESTON BUTCHER, an individual; LEGACY PARTNERS 2323 L.P., a California limited partnership; LEGACY PARTNERS 387 L.P., a California limited partnership; and LEGACY PARTNERS, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GULF INSURANCE COMPANY, a Connecticut corporation; WILLIS INSURANCES SERVICES OF CALIFORNIA, INC., a California corporation; and DOES 1-50,<br><br>Defendants. | Case No.<br><br>**GULF INSURANCE COMPANY'S NOTICE AND PETITION FOR REMOVAL OF ACTION TO U.S. DISTRICT COURT** |

## NOTICE AND PETITION FOR REMOVAL

**PLEASE TAKE NOTICE**, that defendant Gulf Insurance Company ("Gulf") hereby removes to this Court the action commenced in the Superior Court of California, San Mateo County described below:

1.  On March 19, 2003, an action was filed in the Superior Court of California,

RC1/336924.1/AM      -1-      GULF INS CO.'S NOTICE AND PETITION FOR REMOVAL OF ACTION TO U.S. DISTRICT COURT

LAW OFFICES
Ropers, Majeski, Kohn & Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

San Mateo County, entitled C. Preston Butcher, et al. v. Gulf Insurance Company, et al., Case No. CIV 430035 (hereinafter, "San Mateo action.") A true and correct copy of the Summons and Complaint in the San Mateo action are annexed hereto as Exhibit "A" and are incorporated herein. A copy of Gulf's answer to the complaint is annexed hereto as Exhibit "B". The foregoing documents constitute all the pleadings in the case to date.

2. Also named as a defendant in the action was Willis Insurance Services of California, Inc. ("Willis"), a California corporation. Based upon the inclusion of Willis as a defendant, jurisdiction pursuant to 28 U.S.C. § 1332 did not exist.

3. On July 22, 2003, plaintiffs advised Gulf that they were filing a dismissal of the San Mateo action with respect to Willis. A copy of the Request for Dismissal is annexed hereto as Exhibit "C". That Request for Dismissal was the first paper from which it could be ascertained that the action had become removable.

4. This action is a civil action over which this Court now has original jurisdiction pursuant to 28 U.S.C. § 1332 and is one which may be removed to this court by Gulf pursuant to the provisions of 28 U.S.C. § 1441(b). The amount in controversy exceeds $75,000 and there is complete diversity of citizenship between plaintiffs and Gulf.

5. Upon information and belief, plaintiff C. Preston Butcher is a citizen and resident of California. Upon information and belief, plaintiffs Legacy Partners 2323 L.P. and Legacy Partners 387 L.P. are California limited partnerships having a principal place of business in Foster City, California. Upon information and belief, plaintiff Legacy Partners, Inc. is a corporation organized and existing under the laws of the State of California with a principal place of business in Foster City, California.

6. Gulf is a corporation organized and existing under the laws of the State of Connecticut with a principal place of business in New York.

7. Plaintiffs allege breach of an insurance contract and bad faith by Gulf in connection with certain claims made against plaintiffs for which they sought coverage under policies of insurance issued by Gulf. Plaintiffs seek to recover in excess of $3,000,000 which they allegedly incurred in connection with those underlying claims, as well as additional amounts. The

LAW OFFICES
Ropers, Majeski, Kohn & Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/336924.1/AM         -2-         GULF INS. CO.'S NOTICE AND PETITION FOR REMOVAL OF ACTION TO U.S. DISTRICT COURT

1  amount in controversy therefore exceeds $75,000 exclusive of interest and costs.

2       8.      A copy of this Notice and Petition for Removal shall be filed
3  contemporaneously in the Superior Court of California, San Mateo County.

4  Dated: July 30, 2003

                                  ROPERS, MAJESKI, KOHN & BENTLEY, P.C.


                                  By _____
                                       ENRIQUE MARINEZ
                                       ANDREW L. MARGULIS
                                       Attorneys for Defendant
                                       GULF INSURANCE COMPANY

LAW OFFICES
Ropers, Majeski, Kohn & Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/336924.1/AM                    -3-          GULF INS. CO.'S NOTICE AND PETITION FOR
                                                REMOVAL OF ACTION TO U.S. DISTRICT COURT

CASE NAME: C. PRESTON BUTCHER, et al. v. GULF INSURANCE COMPANY, et al.
ACTION NO.: CIV 430035

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 1001 Marshall Street, Redwood City, California 94063. I am employed in the county of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**GULF INSURANCE COMPANY'S NOTICE AND PETITION FOR REMOVAL OF ACTION TO U.S. DISTRICT COURT**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Jonathan C.S. Cox
COX PADMORE SKOLNIK & SHAKARCHY
750 Menlo Avenue, Suite 300
Menlo Park, CA 94025-4735
Tel: (650) 424-0600
Fax: (650) 493-9408

Philip Borowsky, P.C.
Christopher J. Hayes
Debra L. Bishop
BOROWSKY & HAYES
One Market Plaza, Steuart Tower
Suite 1275
San Francisco, CA 94105-1431
Tel: (415) 896-6800
Fax: (415) 896-0600

☒ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 30, 2003, at Redwood City, California.

_____
Tanya Cruzada

LAW OFFICES
Ropers, Majeski, Kohn & Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/334200.1/TC3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

C. PRESTON BUTCHER, et al., )
)
        Plaintiff(s), )
)
vs. ) Case No. C03-03553
)
GULF INSURANCE COMPANY, )
et al. )
        Defendant(s) )

## NOTICE REGARDING EXHIBIT ATTACHMENT

**Exhibits A, B, and C**, which are attachments to **Gulf Insurance Company's Notice and Petition for Removal of Action to U.S. District Court** is in paper form only and is being maintained in the case file in the Clerk's office.

Reason for manual filing:

Number of pages exceed page limit for attachments.

*(signature)*
Enrique Marinez
Attorney for Defendant Gulf Ins. Co.
Ropers, Majeski, Kohn & Bentley
1001 Marshall Street
Redwood City, CA 94063

Date: 7-31-03