ANDREW L. MARGULIS (*Pro Hac Vice*)
ROPERS, MAJESKI, KOHN & BENTLEY
17 State Street, Suite 2400
New York, New York 10004
Telephone: (212) 668-5927
Facsimile: (212) 668-5929

ENRIQUE MARINEZ (SBN 160956)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, California 94063
Telephone (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
GULF INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. PRESTON BUTCHER, an individual; LEGACY PARTNERS 2323 L.P., a California limited partnership; LEGACY PARTNERS 387 L.P., a California limited partnership; and LEGACY PARTNERS, INC., a California corporation; ARCHER LIMITED PARTNERSHIP, a California limited partnership; LEGACY PARTNERS 2297 L.P., a California limited partnership; LEGACY PARTNERS MANAGEMENT L.P., a California limited partnership; and LEGACY PARTNERS RESIDENTIAL, INC., a Delaware corporation,<br><br>Plaintiffs/Counter Defendants,<br><br>v.<br><br>GULF INSURANCE COMPANY, a Connecticut corporation, and GULF UNDERWRITERS INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants/Counter Plaintiffs. | No. C 03-03553 PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER |

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel for the parties hereto, that pursuant to Fed.R.Civ.P. 41(a) and (c), this action, including all claims and counterclaims by all parties, is hereby dismissed with prejudice and without costs to either

LAW OFFICES
Ropers, Majeski, Kohn & Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

-1-    C 03-03553 PJH
STIPULATION OF DISMISSAL

1  party. This stipulation may be filed without further notice to either party.

2  Dated: August 3, 2005

BOROWSKY & HAYES LLP

By: /s/ Philip Borowsky
    Philip Borowsky
Attorneys for Plaintiffs/Counter Defendants
One Market Plaza
Steuart Tower, Suite 1275
San Francisco, California 94105-1431
(415) 896-6800

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Andrew L. Margulis
    Andrew L. Margulis, *Pro Hac Vice*
Attorneys for Defendants/Counterclaim Plaintiffs
17 State Street, Suite 2400
New York, New York 10004
(212) 668-5927

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES
Ropers, Majeski, Kohn &
  Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

-2-

C 03-03553 PJH
STIPULATION OF DISMISSAL